No. 01–5522.  MITCHELL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5525.  GUZMAN-COTA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–5527.  HORTON v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 01–5532.  LETTNER v. MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY.  C. A. 11th Cir.  Certiorari denied.

No. 01–5534.  DANIELS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–5535.  BERRIOS-CENTENO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–5537.  VAL SAINT v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–5538.  WALTON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–5539.  TREADWELL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–5540.  SHACKS v. TESSMER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–5542.  THARP v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 01–5543.  WARD ET AL. v. BOOKER, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 01–5546.  WHITE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–5547.  TIPPIT v. HOOKS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 01–5552.  CRIPPS v. HAVILAND, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–5553.  CHAPA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.